IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL H. SLEMMER,

    Plaintiff,                       No. CIV S-11-1105 DAD P

    vs.

MIKE MCDONALD, Warden,

    Defendant.                  <u>ORDER</u>

                                    /

        Plaintiff, a state prisoner proceeding pro se, has filed a second request for the appointment of counsel. For the reasons set forth in the court's May 10, 2011 order denying the appointment counsel, plaintiff's pending request for appointment of counsel will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 6, 2011 request for the appointment of counsel (Doc. No. 5) is denied.

DATED: May 13, 2011.

                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:4
slem1105.31

1