IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL H. SLEMMER,

        Plaintiff,                      No. CIV S-11-1105 DAD P

    vs.

MIKE MCDONALD, Warden,

        Defendant.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.[1] Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 25, 2011.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
slem1105.59

---

[1] Plaintiff is cautioned that the statute of limitations for the bringing of an action pursuant to 42 U.S.C. § 1983 in California is two-years. See Maldonado v. Harris, 370 F.3d 945, 954–55 (9th Cir.2004). However, California prisoners, serving a term of less than life in prison, are entitled to two-years of statutory tolling pursuant to California Code of Civil Procedure § 352.1(a). Moreover, the statute of limitations is tolled while a prisoner completes the process of exhausting administrative remedies. See Brown v. Valoff, 422 F.3d 926, 943 (9th Cir. 2005).